**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*The Walt Disney Company v. Visa Inc., et al.,*<br>No. 22-cv-04489 (E.D.N.Y.) (MKB) (VMS). | No. 05-md-01720 (MKB) (VMS)<br><br>PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS The Walt Disney Company ("Plaintiff"), in the action captioned *The Walt Disney Company v. Visa Inc., et al.*, No. 22-cv-04489 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of its claims against all of the defendants in *The Walt Disney Company* action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants") — by and through its undersigned counsel hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their

applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: August 3, 2022.

CHAFFETZ LINDSEY LLP

By: *[signature]*
Sanford M. Litvack
1700 Broadway, 33rd Floor
New York, NY 10019
(212) 257-6925
sanford.litvack@chaffetzlindsey.com

*Attorneys for Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP

By: *[signature]*
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                        United States District Judge